

Date: 05/02/2021

Creditor: Verizon Wireless National Recovery Operations

RE: Mark Michael Reed
Case No.: 21-00801

Creditor Address Change

Dear Clerk:

Please update your file in reference to the above case with the creditor's correct address.

The correct creditor address is:

Verizon Wireless
National Recovery Operations
Po Box 26055. Minneapolis, Mn 55426

Very truly yours,

Dawn Marie Cutaia

*115 E. Philadelphia Street, York, PA 17401 • Telephone: 717.718.5199*

*Facsimile: 866.563.0854*

*Dawn M. Cutaia, Esquire • Carolyn J. Pugh, Esquire*

www.freshstartyork.com