Certificate Number: 14912-PAM-DE-035714658

Bankruptcy Case Number: 21-00801


14912-PAM-DE-035714658

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 28, 2021, at 3:19 o'clock PM EDT, Mark Reed completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 28, 2021

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor