UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARK MICHAEL REED
     Debtor(s)
JACK N. ZAHAROPOULOS      CHAPTER 13
CHAPTER 13 TRUSTEE
     Movant
vs.      CASE NO: 1-21-00801-HWV
MARK MICHAEL REED
     Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on October 12, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. A Plan was filed on May 10, 2021.

2. A hearing was held and an Order was entered on August 11, 2021 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

Respectfully submitted,

s/ James K. Jones, Esq.
Id: 39031
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Ste. A, 8125 Adams Drive
Hummelstown, PA 17036
Ph. 717-566-6097
Fax. 717-566-8313
eMail: jjones@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     MARK MICHAEL REED

                             CHAPTER 13

                 Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE                  CASE NO: 1-21-00801-HWV
                Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Ronald Reagan Federal Bldg               Date:    November 24, 2021
Bankruptcy Courtroom, 3rd Floor
228 Walnut Street                           Time:    09:35 AM
Harrisburg, PA 17101

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

                                                                      Jack N. Zaharopoulos, Trustee
                                                                      8125 Adams Drive, Suite A
                                                                      Hummelstown, PA   17036
                                                                      Phone:   (717) 566-6097
                                                                      Email:   info@pamd13trustee.com

Dated:    October 12, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARK MICHAEL REED

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

MARK MICHAEL REED

    Respondent(s)

CHAPTER 13

CASE NO: 1-21-00801-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 12, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

| | |
|---|---|
| DAWN MARIE CUTAIA, ESQUIRE<br>115 EAST PHILADELPHIA STREET<br>YORK, PA 17401- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| MARK MICHAEL REED<br>1812 RED WING LANE<br>DOVER, PA 17315 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 12, 2021

Respectfully,
Vickie Williams
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARK MICHAEL REED

Debtor(s)     CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

MARK MICHAEL REED     CASE NO: 1-21-00801-HWV

Respondent(s)

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.