LOCAL BANKRUPTCY FORM 2016-2(c)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
Mark Michael Reed : CASE NO. 1:21-bk-00801
:
:
Debtor(s) :

## REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.** Presumptively reasonable fees under L.B.R. 2016-2(c) | |
| 1. Amount agreed to by debtor | $ 4500 |
| 2. Less amount paid to attorney prior to filing petition | $ 1000 |
| 3. Balance of compensation to be paid through plan distributions | $ 3500 |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) CIN legal and service | $ 67.90 |

| | |
|---|---|
| **B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | |
| 1. Retainer received | $ |
| 2. Compensation earned prepetition and paid to attorney prior to filing petition | $ |
| 3. Expenses reimbursed prepetition | $ |
| 4. Balance in retainer after deduction of prepetition compensation and expenses | $ |
| 5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account | $ |

| | |
|---|---|
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $ 3567.90 |

Dated: **December 20, 2021**   /s/ Dawn Cutaia
**Dawn Cutaia 77965**
Attorney for Debtor