**LOCAL BANKRUPTCY FORM 3015-3(a)**

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Mark Michael Reed**　　　　　　　　　　　　　　　　　　Case No. **1:21-bk-00801**
　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　Chapter **13**

### CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS

*If a joint petition is filed, each spouse must complete and file a separate certification.*

I, **Mark Michael Reed**, upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on **12/22/2021**.

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C § 1325(a)(8).

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308 have been filed.

4. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED: **December 20, 2021**　　　　　　　BY: **/s/ Dawn Cutaia**
　　　　　　　　　　　　　　　　　　　　　　　　**Dawn Cutaia 77965**
　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Debtor

DATED: **December 20, 2021**　　　　　　　BY: **/s/ Mark Michael Reed**
　　　　　　　　　　　　　　　　　　　　　　　　**Mark Michael Reed**
　　　　　　　　　　　　　　　　　　　　　　　　Debtor

![Citrix RightSignature]

# SIGNATURE CERTIFICATE

**REFERENCE NUMBER**
E7329039-54C2-49A8-91CB-B4DB7361236E

## TRANSACTION DETAILS

**Reference Number**
E7329039-54C2-49A8-91CB-B4DB7361236E

**Transaction Type**
Signature Request

**Sent At**
12/20/2021 08:38 EST

**Executed At**
12/20/2021 09:50 EST

**Identity Method**
email

**Distribution Method**
email

**Signed Checksum**
c07b34c289544e21407ce270086688c62e558a1e2b1ca92b7dac6c5be8b28307

**Signer Sequencing**
Disabled

**Document Passcode**
Disabled

## DOCUMENT DETAILS

**Document Name**
Reedmarkmichaelp Pam 3015 3a

**Filename**
reedmarkmichaelp_pam_3015_3a.pdf

**Pages**
1 page

**Content Type**
application/pdf

**File Size**
6.49 KB

**Original Checksum**
e77f05ba48e5a3027808deff9370f6fed12f985894ae6576d1d64cd895d9c0a3

# SIGNERS

| SIGNER | E-SIGNATURE | EVENTS |
|---|---|---|
| **Name**<br>Mark Reed<br>**Email**<br>mreed@shiningstarphotobooth.com<br>**Components**<br>1 | **Status**<br>signed<br>**Multi-factor Digital Fingerprint Checksum**<br>c5e09db9072b8b7ea72848fcb559ed55f40129d152010ed2b01a2955d4d6425b<br>**IP Address**<br>70.44.105.188<br>**Device**<br>Chrome via Windows<br>**Drawn Signature**<br>*[signature]*<br>**Signature Reference ID**<br>2F950A5C<br>**Signature Biometric Count**<br>303 | **Viewed At**<br>12/20/2021 09:50 EST<br>**Identity Authenticated At**<br>12/20/2021 09:50 EST<br>**Signed At**<br>12/20/2021 09:50 EST |

# AUDITS

| TIMESTAMP | AUDIT |
|---|---|
| 12/20/2021 08:38 EST | Dawn Cutaia (dmcutaia@gmail.com) created document 'reedmarkmichaelp_pam_3015_3a.pdf' on Chrome via Windows from 73.139.138.134. |
| 12/20/2021 08:38 EST | Mark Reed (mreed@shiningstarphotobooth.com) was emailed a link to sign. |
| 12/20/2021 09:50 EST | Mark Reed (mreed@shiningstarphotobooth.com) viewed the document on Chrome via Windows from 70.44.105.188. |
| 12/20/2021 09:50 EST | Mark Reed (mreed@shiningstarphotobooth.com) authenticated via email on Chrome via Windows from 70.44.105.188. |
| 12/20/2021 09:50 EST | Mark Reed (mreed@shiningstarphotobooth.com) signed the document on Chrome via Windows from 70.44.105.188. |