# UNITED STATES BANKRUPTCY COURT

_____ Middle _____ District Of _Pennsylvania_

In re _Mark Michael Reed_     Case No. _21-00801_
Debtor

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
### DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☒ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

❑ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____

_____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒ I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

❑ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

* Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

*Part IV. Debtor's Signature*

 I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

May 20, 2026

Executed on _____

 Date

Mark M. Reed (May 20, 2026 10:49:30 EDT)
_____

 Debtor

| | |
|---|---|
| Created: | 2026-05-20 |
| By: | DAWN CUTAIA (kelley.freshstartlaw@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAJLYWHOys87uKlu3WQ6LiQ7cB8c62pys1 |

## "Reed discharge cert 21-00801" History

📄 Document created by DAWN CUTAIA (kelley.freshstartlaw@gmail.com)
2026-05-20 - 2:46:57 PM GMT

📧 Document emailed to mreed@shiningstarphotobooth.com for signature
2026-05-20 - 2:47:21 PM GMT

📄 Email viewed by mreed@shiningstarphotobooth.com
2026-05-20 - 2:48:43 PM GMT

✒ Signer mreed@shiningstarphotobooth.com entered name at signing as Mark M. Reed
2026-05-20 - 2:49:28 PM GMT

✒ Document e-signed by Mark M. Reed (mreed@shiningstarphotobooth.com)
Signature Date: 2026-05-20 - 2:49:30 PM GMT - Time Source: server - Signature Appearance Selected: DRAW

✅ Agreement completed.
2026-05-20 - 2:49:30 PM GMT

**Adobe Acrobat Sign**