United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Mark Michael Reed
     Debtor

Case No. 21-00801-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1       User: AutoDocke       Page 1 of 2

Date Rcvd: May 20, 2026       Form ID: 3180W       Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2026:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Mark Michael Reed, 1812 Red Wing Lane, Dover, PA 17315-2785 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| cr | + Email/Text: bkfilings@zwickerpc.com | May 20 2026 18:46:00 | American Express National Bank c/o Zwicker & Assoc, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 5403621 | + Email/Text: bkfilings@zwickerpc.com | May 20 2026 18:46:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 5402614 | + Email/PDF: bncnotices@becket-lee.com | May 20 2026 18:48:42 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 5402615 | + EDI: BANKAMER | May 20 2026 22:48:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 5403612 | + EDI: BANKAMER2 | May 20 2026 22:48:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5402616 | + EDI: CITICORP | May 20 2026 22:48:00 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 5402618 | EDI: WFNNB.COM | May 20 2026 22:48:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 5402617 | + EDI: WFNNB.COM | May 20 2026 22:48:00 | Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 5402612 | EDI: PENNDEPTREV | May 20 2026 22:48:00 | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5403554 | EDI: DISCOVER | May 20 2026 22:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5402619 | + EDI: DISCOVER | May 20 2026 22:48:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 5402611 | EDI: IRS.COM | May 20 2026 22:48:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5410265 | + Email/Text: RASEBN@raslg.com | May 20 2026 18:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5402620 | + EDI: JPMORGANCHASE | May 20 2026 22:48:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 5402621 | + Email/Text: unger@members1st.org | May 20 2026 18:46:00 | Members 1st Fcu, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |

| | | | | |
|---|---|---|---|---|
| 5411663 | + | EDI: AISMIDFIRST | May 20 2026 22:48:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5402622 | + | EDI: AISMIDFIRST | May 20 2026 22:48:00 | Midland Mortgage, P.o. Box 26648, Oklahoma City, OK 73126-0648 |
| 5402623 | + | EDI: AISMIDFIRST | May 20 2026 22:48:00 | Midland Mtg/midfirst, Pob 268959, Oklahoma City, OK 73126-8959 |
| 5415375 | | EDI: Q3G.COM | May 20 2026 22:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5414116 | | EDI: AIS.COM | May 20 2026 22:48:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5402624 | + | EDI: VERIZONCOMB.COM | May 20 2026 22:48:00 | Verizon Wireless, National Recovery Operations, Po Box 26055, Minneapolis, Mn 55426-0055 |
| 5402613 | + | Email/Text: kcm@yatb.com | May 20 2026 18:46:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dawn Marie Cutaia | on behalf of Debtor 1 Mark Michael Reed dmcutaia@gmail.com cutaialawecf@gmail.com,R46159@notify.bestcase.com,kelley.freshstartlaw@gmail.com;r46159@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Janet M. Spears | on behalf of Creditor MidFirst Bank bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | Mark Michael Reed |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |

Social Security number or ITIN   xxx–xx–0492
EIN   _ _–_ _ _ _ _ _ _

Social Security number or ITIN  _ _ _ _
EIN   _ _–_ _ _ _ _ _ _

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   1:21–bk–00801–HWV

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mark Michael Reed

**By the court:**

5/20/26

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 1:21-bk-00801-HWV    Doc 52    Filed 05/22/26    Entered 05/23/26 00:26:10    Desc
Imaged Certificate of Notice    Page 5 of 5