**Fill in this information to identify the case:**

Debtor 1    MARK MICHAEL REED

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    MIDDLE    District of   PA
                                                                   (State)

Case number    21-00801

---

Official Form 410C13-N

# Trustee's Notice of Disbursements Made                              12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

## Part 1:    Mortgage Information

**Name of claim holder:**    MIDFIRST BANK

Court claim no. (if known):
5

**Last 4 digits** of any number you use to identify the debtor's account:    2   5   1   6

**Property address:**    1812 RED WING LANE
                         Number        Street


                         DOVER,               PA        17315
                         City                 State     ZIP Code

## Part 2:    Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

## Part 3:    Arrearages

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $ 727.12 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ 727.12 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ |
| d.  Total amount of arrearages disbursed by the trustee: | $ 727.12 |

---

Case 1:21-bk-00801-HWV   Doc 53   Filed 05/27/26   Entered 05/27/26 06:51:50   Desc
Main Document      Page 1 of 3

## Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:     $ _____

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor
to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee:     $ _____

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✖ /s/Donna Schott, Funds Manager _____ Date  5 / 27 / 2026
  Signature

Trustee    Jack      N      Zaharopoulos
         First Name     Middle Name     Last Name

Address    8125 Adams Drive, Suite A
         Number       Street

        Hummelstown      PA     17036
         City            State     ZIP Code

Contact phone ( 717 ) 566 – 6097       Email info@pamd13trustee.com

Case 1:21-bk-00801-HWV    Doc 53    Filed 05/27/26    Entered 05/27/26 06:51:50    Desc
Main Document     Page 2 of 3

# Disbursements for Claim

**Case: 21-00801     MARK MICHAEL REED**

**MIDFIRST BANK**
999 NORTHWEST GRAND BLVD
SUITE 100
OKLAHOMA CITY, OK   73

Sequence: 24
Modify:
Filed Date:
Hold Code:

Acct No: Red Wing Ln - PRE-ARREARS

AREARS - 1812 RED WING LANE

| | | Debt: | $727.12 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|
| Amt Sched: | $45,006.19 | | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $727.12 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| **5200** | **MIDFIRST BANK** | | | | | | | |
| 520-0 | MIDFIRST BANK | | 01/19/2022 | 2008777 | $727.12 | $0.00 | $727.12 | 02/01/2022 |

| | Sub-totals: | $727.12 | $0.00 | $727.12 |
|---|---|---|---|---|
| | Grand Total: | $727.12 | $0.00 | |