**Fill in this information to identify the case:**

Debtor 1     Mark  Michael Reed

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  MIDDLE  District of Pennsylvania

(State)

Case number   21-00801 HWV

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served.  Rule 3002.1(g)(3).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**     **MIDFIRST BANK**

**Court claim no**. (if known):
5-1

**Last 4 digits** of any number you use to identify the debtor's account: 2516

**Property address:**          **1812 Red Wing Lane**
Number        Street
**Dover    PA 17315**
City                                         State          ZIP Code

| Part 2: | Arrearages |
|---|---|

The total amount received to cure any arrearages as of the date of this response:     $727.12                         .

*Check all that apply:*

☒   The amount required to cure any prepetition arrearage has been paid in full.

☐   The amount required to cure the prepetition arrearage has not been paid in full.  Amount of prepetition arrearage remaining unpaid
as of the date of this response:      $ _____ .

☐   The amount required to cure any postpetition arrearage has been paid in full.

☐   The amount required to cure the postpetition arrearage has not been paid in full.  Amount of postpetition arrearage remaining
unpaid as of the date of this response:      $ _____ .

Case 1:21-bk-00801-HWV    Doc 54    Filed 06/23/26    Entered 06/23/26 20:42:01    Desc
Main Document      Page 1 of 5

| Part 3: | Postpetition Payments |
|---|---|

(a) *Check all that apply:*

☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: __/ /__.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

    i.   Date last payment was received on the mortgage:          06 / 12 / 2026

    ii.   Date next postpetition payment from the debtor is due:     09 / 01 / 2026

    iii.  Amount of the next postpetition payment that is due:    $   792.40

    iv.  Unpaid principal balance of the loan:    $ 24,741.99

    v.  Additional amounts due for any deferred or accrued interest:    $  - 185.71

    vi.  Balance of the escrow account:    $ 2,975.87

    vii.  Balance of unapplied funds or funds held in a suspense account:    $   0.00

    viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid:    $   0.00

| Part 4 | Itemized Payment History |
|---|---|

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

Case 1:21-bk-00801-HWV   Doc 54   Filed 06/23/26   Entered 06/23/26 20:42:01   Desc
Main Document     Page 2 of 5

| Part 5: | Sign Here |
|---|---|

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Maggie Soboleski   Date June 23, 2026

    Signature

Name    Maggie Soboleski

    First name    Middle name    Last name

Title    Attorney for Secured Creditor

Company    KML Law Group, P.C.

    Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    701 Market Street, Suite, 5000

    Number    Street

    Philadelphia    PA    19196

    City    State    ZIP Code

Contact phone    (215) 627-1322        Email bkgroup@kmllawgroup.com

Case 1:21-bk-00801-HWV   Doc 54   Filed 06/23/26   Entered 06/23/26 20:42:01   Desc
Main Document    Page 3 of 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Mark Michael Reed

           **Debtor(s)**

**MIDFIRST BANK**

           **Movant**

    **vs.**

**Mark Michael Reed**

           **Debtor(s)**

**Jack N. Zaharopoulos**,

           **Trustee**

**BK NO. 21-00801 HWV**

**Chapter 13**

**Related to Claim No.  5-1**

## CERTIFICATE OF SERVICE
## RESPONSE TO TRUSTEE NOTICE OF DISBURSEMENTS MADE

I, Maggie Soboleski of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 23, 2026, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Mark Michael Reed
1812 Red Wing Lane
Dover, PA 17315

Attorney for Debtor(s) (via ECF)
Dawn Marie Cutaia, Pugh and Cutaia, PLLC
115 E. Philadelphia Street
York, PA 17404

Trustee (via ECF)
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service:  electronic means or first-class mail

Dated: June 23, 2026

**/s/ Maggie Soboleski**
Maggie Soboleski
Attorney I.D. 88268
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
MSoboleski@kmllawgroup.com



**MIDLAND MORTGAGE**

A division of MidFirst Bank

DATE: 6/17/2026
TO: **@ Fax # 000-00**   FAX #: 0
FROM: The Foreclosure Dept.

Mortgagor: <u>MARK M REED</u>

Loan Number: ███████   LOAN TYPE: *VA*

Last Payment Made: 8/1/2026   VS#: 0
Next Payment Due: 9/1/2026

## Total Debt Figures

**Principal Balance:** **$24,741.99**

**Total Interest To but not including  06/17/26:** **-$185.71**

|  | Rate | Date From | Date To | Per Diem | Total |
|---|---|---|---|---|---|
| Rate at Default: | 6.000% | 8/1/2026 | 6/1/2026 |  |  |
| Current Rate | 6.000% | 6/1/2026 | 6/17/2026 | 4.1806 | $66.89 |

**Total Late Charges as of date figures prepared 06/17/26:** **$0.00**

Late Charges Pre  09/01/26 payment: $0.00
Late Charges Post  09/01/26 payment: $0.00

*Less Unapplied Funds credit as of date figures prepared  06/17/26:* **$0.00**

*Escrow Credit* **($2,975.87)**
**Incurred Fees as of date figures prepared  06/17/26:** **$0.00**
**Incurred Taxes as of date figures prepared  06/17/26:** **$0.00**
**Incurred Insurance as of date figures prepared  06/17/26:** **$0.00**
**Incurred Misc Escrow  06/17/26:** **$0.00**

**TOTAL** **$21,580.41**

*All amounts listed are as of dates stated. Please note, loan will continue to incur interest, fees, and other applicable expenses.*